IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CARSON CHOON,

      Plaintiff,

vs.                                       CASE NO.: 1:08cv138-SPM

DEPARTMENT OF VETERANS, et al,

      Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 18).  Both parties have had an opportunity to file objections.  Plaintiff has filed an objection (doc. 19).  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions of the Report and Recommendation to which Plaintiff has objected.  I find that Plaintiff's request to now sue only the Department of Veterans does not cure the deficiencies in his Complaint, as identified by the Magistrate Judge.  Accordingly, notwithstanding Plaintiff's objection, it is hereby,  ORDERED AND ADJUDGED as follows:

    1.    The Magistrate Judge's Report and Recommendation (doc. 18) is adopted and incorporated by reference into this order.

2. This case is dismissed for lack of jurisdiction.

DONE AND ORDERED this <u>twenty-first</u> day of May, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge